# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**GARY P. MCKEE,**

    **Plaintiff,**

vs.                           **CASE NUMBER: 1:09-CV-388 (GTS/DRH)**

**WARREN S. ORLANDO,** Chairman, 1st United Bank**, RUDY E. SCHUPP, JOHN MARINO,** COO/CFO 1st United Bank**, DARRYL HAIRSTON,** Acting Administrator, SBA,

    **Defendants.**

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED; and it is further

    ORDERED AND ADJUDGED that Plaintiff's complaint is *sua sponte* DISMISSED, pursuant to Fed. R. Civ. P. 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B)(i),(ii), based on (1) the doctrines of res judicata and collateral estoppel; (2) the doctrine of standing; and (3) the doctrine of forum non-conveniens.

    All of the above pursuant to the order of the Honorable Judge GLENN T. SUDDABY, dated the 9th day of April, 2009.

DATED: April 9, 2009

*[signature]*
Clerk of Court

s/ _____
L. Welch
Deputy Clerk